IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| PHILLIP SINGFIELD, | CASE NO. 19-cv-2558 |
| Petitioner, | ORDER |
| | [Resolving Doc. 1] |
| v. | |
| WARDEN RICHARD A. BOWEN JR., | |
| Respondent. | |

JAMES S. GWIN, UNITED STATES DISTRICT COURT JUDGE:

Petitioner Phillip Singfield is an Ohio inmate serving a 14-year sentence for two counts of aggravated robbery and related offenses. On October 31, 2019, Singfield petitioned this Court for federal habeas corpus relief under 28 U.S.C. § 2254.[1]

Singfield's petition was referred to Magistrate Judge Clay, and on December 12, 2022, Judge Clay issued a Report and Recommendation ("R&R") recommending that this Court dismiss Singfield's petition and deny him a certificate of appealability.[2]

Singfield raises two arguments for relief. First, Singfield asserts that the state trial court violated Singfield's due process rights by dismissing his state habeas petition with prejudice before it held a hearing on the petition's merits.[3] Second, Singfield claims that the state trial court sentenced him ambiguously, such that he was actually sentenced to serve 8 years instead of 14. Because Singfield has already served more than 8 years of his 14-year sentence, he argues that he is now wrongfully incarcerated.[4]

---

[1] Doc. 1.
[2] Doc. 8.
[3] *Id.* at PageID 749
[4] *Id.*

Case No. 19-cr-2558
GWIN, J.

The R&R rejects Singfield's due process claim as non-cognizable under federal habeas review. A state court's decision to dismiss with or without prejudice is a matter of state law, and—with limited exceptions that do not apply here—is not reviewable through federal habeas.[5]

Likewise, the R&R rejects Singfield's ambiguous-sentencing argument as time-barred under AEDPA and meritless even if it were timely.[6]

Because Petitioner Singfield filed no objections to the R&R, the Court is free to adopt the R&R without review.[7] Even so, the Court has examined the petition and agrees that both of Petitioner's grounds for relief fail.

So, the Court ADOPTS Magistrate Judge Clay's R&R in full and DENIES Singfield's § 2254 petition and any associated certificate of appealability.

IT IS SO ORDERED.

Dated: February 2, 2023            *s/    James S. Gwin*
                                   JAMES S. GWIN
                                   UNITED STATES DISTRICT JUDGE

---

[5] *Id.* at PageID 757 (citing *Estelle v. McGuire*, 502 U.S. 62, 67 (1991); *Bradshaw v. Richey*, 546 U.S. 74, 76 (2005)).
[6] *Id.* at PageID 760-61.
[7] *Thomas v. Arn*, 474 U.S. 140, 149 (1985).